UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARSHALL COBB, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01303-JPH-DML ) |
| BENJAMIN Judge, KATHLEEN BURNS Prosecutor, CURTIS HILL Attorney General, LORETTA RUSH Judge, KIT C. DEAN CRANE Judge, BARBARA HARCOURT Judge, STATE OF INDIANA, NANCY VAIDIK Judge, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING CASE**

On August 7, 2020, the Court screened Plaintiff Marshall Cobb, Sr.'s complaint and dismissed it for failure to state a plausible claim. Dkt. 10 at 4-5. The Court gave Mr. Cobb through September 31, 2020 to file an amended complaint. *Id.* at 6. Mr. Cobb has filed an amended complaint, dkt. 13, but the amended complaint also does not state a plausible claim. Instead, it asserts that judicial and prosecutorial immunity should not apply here because "the persons named in Cobb's 1983 are guilty of felonies..." *Id.* at 1. As discussed in the Court's initial screening order, judicial immunity is not overcome with allegations that the act is illegal, unauthorized, or motivated by bad faith. *Mireles v. Waco,* 502 U.S. 9, 11 (1991).

Furthermore, Mr. Cobb's claims against Ms. Burns and Attorney General Hill must be dismissed because they have absolute immunity, having acted as

1

attorneys for the state. *See Imbler v. Pacht*, 424 U.S. 409, 430-31 (1976) (emphasizing the immunity of prosecutors from liability in suits under Section § 1983). Because the named defendants are immune from civil liability, Mr. Cobb's motion to show cause does not "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Mr. Cobb's claims are **DISMISSED with prejudice**. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 10/9/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARSHALL COBB, SR.
129571
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362