UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARSHALL COBB, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01303-JPH-DML |
| | ) | |
| BENJAMIN Judge, | ) | |
| KATHLEEN BURNS Prosecutor, | ) | |
| CURTIS HILL Attorney General, | ) | |
| LORETTA RUSH Judge, | ) | |
| KIT C. DEAN CRANE Judge, | ) | |
| BARBARA HARCOURT Judge, | ) | |
| STATE OF INDIANA, | ) | |
| NANCY VAIDIK Judge, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 9, 2020, this Court dismissed Mr. Cobb's claims for failure to state a claim. Dkt. 15. Mr. Cobb appealed that decision, dkt. 19, and now seeks to supplement the record. Dkt. [32].

"Rule 10(e) allows for correction or modification of the record if any difference arises about whether the record truly discloses what occurred in the district court." *United States v. Banks*, 405 F.3d 559, 567 (7th Cir. 2005) (cleaned up). "This rule is meant to ensure that the record reflects what really happened in the district court, but not to enable the losing party to add new material to the record in order to collaterally attack the trial court's judgment." *Id.*

Here, the only document that Mr. Cobb refers to in his motion to supplement is his show cause response. *See* dkt. 32 (referring to "motion to

1

show cause").  The record on appeal consists of, among other things, "the original papers and exhibits filed in the district court." Fed. R. App. P (10)(a)1).  Thus, this document is already part of the record, *id.*, so Mr. Cobb's motion to supplement the record, dkt. [32], is **DENIED.**

**SO ORDERED.**

Date: 8/25/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARSHALL COBB, SR.
129571
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362